UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| BUSINESS SOLUTIONS TRANSPORT LLC, | ) | 3:19-CV-1770-G (BH) |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendations of the United States Magistrate Judge ("FCR") (docket entry 143) and all objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

In the FCR, the Magistrate Judge recommended that the plaintiff be afforded an opportunity to file a second amended complaint, either within 14 days or by a deadline set by this court.  FCR at 9.  The court hereby grants the plaintiff until **September 25, 2020** to file his second amended complaint.  If the plaintiff fails to

file a second amended complaint, this action will be subject to dismissal with prejudice.

**SO ORDERED**.

September 11, 2020.

                                      *A. Joe Fish*
                                      A. JOE FISH
                                      Senior United States District Judge